July 16, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

KEITH  DWAYNE  JONES, Appellant

NO. 14-14-00733-CR, NO. 14-14-00734-CR      V.

THE STATE OF TEXAS, Appellee

_____

These consolidated causes were heard on their respective records.  Having inspected the records, this Court finds no error in either of the judgments.

In Cause No. 14-14-00733-CR, this Court orders the judgment of the court below **AFFIRMED.**  We further order appellant to pay all costs incurred in this appeal.  We further order this decision certified below for observance.

In Cause No. 14-14-00734-CR, this Court orders the judgment of the court below **AFFIRMED.**  We further order appellant to pay all costs incurred in this appeal.  We further order this decision certified below for observance.